# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00352-CR

## Ex parte Laura Hall

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
### NO. D-1-DC-05-301948, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's motion to withdraw her notice of appeal is granted. *See* Tex. R. App. P.

42.2(a). The appeal is dismissed.

_____

David Puryear, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Appellant's Motion

Filed:   October 31, 2007

Do Not Publish